JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J CLAUSNITZER ) | CASE NO. CV07-5636 DOC(ANx) |
| Plaintiff(s), ) | |
| v. ) | O R D E R DISMISSING CIVIL ACTION |
| FEDERAL EXPRESS CORPORATION ) | |
| Defendant(s). ) | |

**IT IS ORDERED** that the above-captioned matter, is dismissed in its entirety. The Emergency Motion to Quash subpoenas for Protective Order, transferred from the Southern District of Florida, has been previously terminated in that district.

DATED: April 9, 2008

_____
DAVID O. CARTER
United States District Judge